IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EVELYN MITZEL, ) | | |
| f/k/a EVELYN FOX, ) | | |
| ) | | |
| Plaintiff, ) | | 8:10CV392 |
| ) | | |
| vs. ) | | ORDER |
| ) | | |
| HSBC CARD SERVICES, INC., ) | | |
| ) | | |
| Defendant. ) | | |

This matter is before the court *sua sponte*, and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." The defendant removed this case from state court on October 14, 2010, and filed a motion to dismiss on December 9, 2010. **See** Filing Nos. 1 and 13. On July 15, 2011, the court denied the motion to dismiss, but directed the plaintiff to file an amended complaint. **See** Filing No. 21. On August 1, 2011, the plaintiff filed an amended complaint. **See** Filing No. 22. Thereafter, the court directed the parties to file a joint planning conference report by September 13, 2011. **See** Filing No. 23. No other progress has taken place in this matter. It remains the plaintiff's duty to go forward in prosecuting the case by, for example, filing a motion for clerk's entry of default pursuant to Fed. R. Civ. P. 55 and NECivR 55.1(a), as appropriate. Upon consideration,

**IT IS ORDERED:**

The plaintiff has until the close of business **on September 28, 2011**, to file a motion for clerk's entry of default or show cause why this case should not be dismissed for failure to prosecute.

Dated this 20th day of September, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge