IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EVELYN MITZEL f/k/a EVELYN FOX,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **HSBC CARD SERVICES, INC.,** ) <br> ) <br> **Defendant.** ) | **8:10CV392** <br><br> **ORDER** |

Upon notice of settlement given to the magistrate judge on September 27, 2011, by counsel for both parties in their Stipulation (Filing No. 25), which is hereby adopted,

**IT IS ORDERED that:**

1. **On or before October 12, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The planning conference report deadline is cancelled upon the representation that this case is settled.

DATED this 28th day of September, 2011.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge