IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EVELYN MITZEL f/k/a EVELYN FOX,**<br><br>                    **Plaintiff,**<br>**vs.**<br><br>**HSBC CARD SERVICES, INC.,**<br><br>                    **Defendant.** | **8:10-cv-392**<br><br>**ORDER OF DISMISSAL** |

  This matter is before the Court on plaintiff's motion to dismiss with prejudice, Filing No. 29, pursuant to a settlement of this case, Filing Nos. 26 and 27.[1]  The Court notes that this document has been improperly characterized when filed in CM/ECF as a "Stipulation.   The Court finds the motion should be granted.  The above-entitled matter is hereby dismissed with prejudice, with each party to pay their own costs.

  Dated this 27th day of October, 2011.

  **IT IS SO ORDERED.**

                   **BY THE COURT:**

                   **s/ Joseph F. Bataillon**
                   **Chief Judge**
                   **District of Nebraska**

---

[1] The Court notes that this document has been improperly characterized when filed in CM/ECF as a "Stipulation."